# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS

VERSUS

DEPARTMENT OF CHILDREN AND
FAMILY SERVICES, THE 19TH
JUDICIAL DISTRICT FAMILY
COURT, DIVISION OF
ADMINISTRATIVE LAW

NO.  2024 CW 0180

**APRIL 24, 2024**

---

In Re:    Kelvin Wells, Sr., applying for supervisory writs,
          Unknown Judicial District Court, Unknown Parish, No.
          Unknown.

---

**BEFORE:   GUIDRY, C.J., THERIOT AND PENZATO, JJ.**

    **WRIT DENIED.** See **Kelvin Wells v. Department of Children and Family Services, The 19th Judicial District Family Court, Division of Administrative Law,** 2023-1179 (La. App. 1st Cir. 2/16/24), 2024 WL 660295 (unpublished).

                       **JMG**
                       **MRT**
                       **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT